**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
■    4th    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Sidney M. Karabel                                        CASE NO.: 13-23304-BKC-RBR
Last Four Digits of SS#:  5435                                    Case filed on: 06/04/2013

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

　　　　A.　　$  274.11　for months　　1  to 20
　　　　B.　　$2,819.06　for month　　21 to 21
　　　　C.　　$  461.55　for months　　22 to 60; in order to pay the following creditors:

Administrative:　　Attorney's Fee and Costs -  $3,650.00 (Base Chapter 13 Fee & administrative costs)
　　　　　　　　　　　　　　　　　　　　$  775.00 (fee for Motion to Value)
　　　　　　　　　　　　　　　　　　　　$8,190.00 (Defense of Adversary Pro. 14-01806-RBR (See
　　　　　　　　　　　　　　　　　　　　　　　　　attached fee application)
　　　　　　　　　　　　　　　　　　　　$   525.00 (fee for Motion to Modify)
　　　　　　　　Total Attorney's Fees -    $13,140.00
　　　　　　　　Amount Paid-(Pre-petition) ($ 2,925.00)
　　　　　　　　Balance Due Though Plan  $10,215.00 Payable $146.25/mo (Months 1 to 20)
　　　　　　　　　　　　　　　　　　　　　　　　Payable $2,330.42/mo (Month 21 to 21)
　　　　　　　　　　　　　　　　　　　　　　　　Payable $183.69/mo (Months 22 to 48)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

Green Tree Tax Funding 3　　　　　　　Total to be paid:  $4,805.54 (Per POC #4-1)
US Bank　　　　　　　　　　　　　　Payable $51.98/mo (Months 1 to 20)
POB 645040　　　　　　　　　　　　Payable $94.15/mo (Months 21 to 60)
Cincinnati, OH  45264
Acct # 9629
2012 tax certificate holder

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**
NONE

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | \_\_ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

Internal Revenue Service　　　　　　　Total to be paid per POC - $6,474.00
P.O. Box 7317　　　　　　　　　　　Payable $67.28/mo (Months 1 to 20)
Philadelphia, PA  19101-7317　　　　　Payable $128.21/mo (Months 21 to 60)
Acct # 5435

Unsecured Creditors:  Pay $0.38/month (Months 1 to 20)
　　　　　　　　　Pay $10.00/mo (Month 21 to 21)
　　　　　　　　　Pay $13.54/mo (Months 22 to 48)
　　　　　　　　　Pay $197.23/mo (Months 49 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

<u>Other Provisions Not Included Above</u>:

1.  The Debtor is current and paying direct to First Mortgage Secured Creditor JPMorgan Chase, NA, on his homestead property, re account number 2732, and POC #8-1.

2.  The Debtor is current and paying direct to Second Mortgage Secured Creditor JPMorgan Chase, NA, on his homestead property, re account number 8874, and POC #7-1.

3.  The Debtor is current with the payments to Pine Ridge Association (account number 1G09) and is paying the creditor directly.

4.  The above-referenced secured creditors shall recommence billing on the above-referenced secured debts as these creditors are being directly paid by the debtor.

5.  The Debtor surrendered the vehicle leased with Lexus Financial Services (account number K371) aka Toyota Lease Trust (account number 1673).

6.  The Debtor shall pay real estate taxes directly by March 31 of each year commencing with the 2013 tax year. Failure to so pay shall cause debtors to modify the Chapter 13 plan to include same therein.

7.  The Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 Case. In the event Debtor's income or tax refunds increase debtors shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Sidney M. Karabel

Dated:  3/25/2015