REQUEST TO MODIFY PLAN

Sidney Karabel
4928 NW 84th Road
Coral Springs, FL 33067
954-562-2252 (C)

Case No.: 13-233040

October 29, 2015

Please see my unanswered letter to Robin Weiner, Esq. dated 10/7/2015.

I need to go back to my $267.29 payment for six (6) months and then can pay any monies due over the remaining period.

Please give this letter and attached letter to Judge Ray and Robin Weiner, Esq.

Thank you,

Sidney Karabel

Sidney M. Karabel

cc:   Judge Raymond B. Ray
      U.S. Bankruptcy Court
      299 East Broward
      Ft. Lauderdale, FL 33301

      Robin Weiner, Esq.
      → Please send to her also

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

[stamp] 2015
FILED_____ RECEIVED

October 7, 2015

TO:     Robin Weiner, Esq.
        Chapter 13 Trustee
        P.O. 559007
        Fort Lauderdale, FL 33355-9007
        954-382-2001

FROM:   Sidney Karabel
        4928 NW 84th Road
        Coral Springs, FL 33067
        954-562-2252 (Cell)

RE:     **CASE #13-23304-BKC-RBR - A Favor And Response To Barry Mittelberg's Offices 9/28 Letter (Which I Just Received) To Me Regarding Motion To Modify Confirmed Plan**

Dear Ms. Weiner,

Due to recent financial duress at my employer, I would appreciate a meeting in the near future to discuss a 6 month reduction of payments to the previous $267.29 or amendment to plan. I cannot afford to pay Mr. Mittelberg $525 to set up a meeting with you (Motion) so I am writing to you directly.

I have made 36 of the 60 payments on a timely basis (60% completed) and plan to complete the Plan with your assistance. I was qualified for a Chapter 7 but filed in good faith to creditors a Chapter 13.

I look forward to meeting to resolve this cash flow situation.

Respectfully,

*SK*

Sidney Karabel


cc:     Steven Weinstein, Esq.